

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ. ELENA D. CHAPA
JASON K. PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE,
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 9, 2015

Scott A. Brutocao
Cornell Smith Mierl & Brutocao
1607 West Avenue
Austin, TX 78701

RE:     Appeal No. 04-13-00609-CV
        Herlinda Arnold  v.  Worldwide Clinical Trials a/k/a WCT Corporation

Mr. Pledger,

The Supreme Court of Texas has this date requested that this court forward the file for the above styled and numbered cause. The petitions for review were filed on November 24, 2014 by Scott A. Brutocao. This court shall forward this case as requested. An "EXPRESS FEE" in the amount of $25.00 is due by April 20, 2015.

Sincerely,

Luz Estrada
Deputy Clerk, Ext. 3219